# MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPEAL

68,045-05,06

COPY RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 04 2015

Abel Acosta, Clerk

Texas Court OF Criminal Appeals
Austin Texas
Respondent

AGAINST

Tracy Young
Defendant

MOTION DENIED
DATE: 3-13-15
BY: PC

RE: CWR-68-045-05
CWR-68-045-06

DEFENDANT YOUNG NOW COMES BEFORE THE COURT ON THIS 27th DAY OF FEBRUARY, 2015. IN REFERENCE TO THE ABOVE MENTIONED 11.07 SUBSEQUENT APPLICATIONS, FILED ON THE 18th OF DECEMBER, (2014) 2015. DEFENDANT NOTICE OF DISMISSAL ON THE 28th OF JANUARY, 2015. DEFENDANT IS PETITIONING THE COURT FOR A 30 DAY EXTENSION, WHICH WOULD ALLOW DEFENDANT YOUNG TO APPEAL THE DISPOSITION OF DISMISSAL, PURSUANT TO 11.07 CRIMINAL PROCEDURES §4(A), HABEOUS CORPUS 894.1, AND APPEAL UNDER Rule 53.4.

UNDER Rule 10.5 - MOTION TO EXTEND TIME, DEFENDANT REQUEST A WRITTEN REPORT-SUMMARY TO THE DISPOSITION-DISMISSAL TO HER A SUBSEQUENT 11.07. WITH THIS NOTICE TO APPEAL UNDER Rule 11.5(b)(2)(3).

DEFENDANT ASK the Court to consider the time frame of corresponding with the Texas Court of Criminal Appeals from February 11, 2015 to February 19, 2015, UIA MAIL IN reference to the 11.07 subsequent applications, which fall with in the first 30 days - (15-days). From Notice - Dismissal - January 28, 2015.

DEFENDANT has not requested any extensions previously. Defendant ask for a 30 day extension in order to receive Summary, and file for appeal.

DEFENDANT ask the Court to grant her motion for extension; allow her a Summary to the disposition "Dismissal", and allow Petitioner to present an appeal to preserve her meritous grounds for further Court review and arguments as the Court deems.

RESPECTFULLY Submitted,

Tracy Young
_____
SIGNATURE

February 27, 2015
_____
DATED

COPY

2

# MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPEAL

Texas Court OF Criminal Appeals
Austin Texas
Respondent

Against

Tracy Young
Defendant

RE: CWR-68-045-05
    CWR-68-045-06

DEFENDANT YOUNG NOW COMES BEFORE THE COURT ON THIS 27th DAY OF FEBRUARY, 2015, IN REFERENCE TO THE ABOVE MENTIONED 11.07 SUBSEQUENT APPLICATIONS, FILED ON THE 18th OF DECEMBER, (2014) 2015. DEFENDANT NOTICE OF DISMISSAL ON THE 28th OF JANUARY, 2015. DEFENDANT IS PETITIONING THE COURT FOR A 30 DAY EXTENSION, which would ALLOW DEFENDANT YOUNG TO APPEAL THE DISPOSITION OF DISMISSAL, PURSUANT TO 11.07 CRIMINAL PROCEDURES §4 (A), Habeaus Courpus 894.1, And APPEAL under Rule 53.4.

UNDER Rule 10.5 - MOTION TO EXTEND TIME, DEFENDANT REQUEST A WRITTEN Report - Summary to the DISPOSITION - DISMISSAL to her a subsequent 11.07, with this notice to APPEAL under Rule 10.5 (b)(a)(3).

/

DEFENDANT ASK the Court to Consider the time FRAME OF CORRESPONDING with the TEXAS Court OF CRIMINAL APPEALS FROM FEBRUARY 11, 2015 to FEBRUARY 19, 2015, UIA MAIL IN Reference to the 11.07 Subsequent APPLICATIONS, which FAIL WITH-IN the FIRST 30 DAYS - (15-days). FROM NOTICE - DISMISSAL - January 28, 2015.

DEFendant has not requested ANY extensions Previously. DEFendant ASK For A 30 day extension In order to recedue Summary, And File FOR APPeAL.

DEFendant ASK the Court to GRANT HER motion FOR EXTENSION; ALlow her A Summary to the DISPOSITION "DISMISSAL" And ALlow Petitioner to Present AN APPEAL to Preserve her MERITous Grounds For Further Court RevIEW And Arguments As the Court deems.

RESPECTFULLY Submitted,

Tracy Young
SIGNAture

February          , 2015
DATED

# CERTIFICATE OF SERVICE

I, Tracy Young, certify that(1) True And Correct Copy OF MOTION FOR EXTENSION OF TIME IN WHICH to FILE FOR A REVIEW (under TX. Code Procedure 10.5), WAS MAILED FROM THE OFFENDERS MAIL SYSTEM AT TDCJ. Hobby Unit 742 FM 712 MARLIN, TX 76661 to the TEXAS Court OF CRIMINAL APPEALS P.O. Box 12308, CAPITOL STATION, AUSTIN TX. 78711. ON the 27th DAY OF FEBRUARY, 2015.

2-27-15
_____
DATE

_____
Signature